1   Frank Woodson
     Navan Ward
2   **BEASLEY, ALLEN, CROW, METHVIN,**
     **PORTIS & MILES, P.C.**
3   218 Commerce Street
     P.O. Box 4160
4   Montgomery, Alabama 36103
     Telephone: 334-269-2343
5   Facsimile: 334-954-7555
     Attorneys for Plaintiffs
6

7

8               UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12   IN RE: BEXTRA AND CELEBREX<br>MARKETING SALES PRACTICES AND<br>13   PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| 14   This Document Relates To: | |
| 15   *Judy Shearer, et al. vs. Pharmacia Inc., et al.*<br>(05-4581 CRB)<br>16 | **STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |
| 17   *Barbara J. Williams vs. Pfizer Inc., et al.*<br>(06-1670 CRB) | |
| 18   *Michele Walker, et al. vs. Pfizer Inc., et al.*<br>(06-1878 CRB)<br>19 | |
| 20   *Stephanie Shearer vs. Monsanto Company, et*<br>*al.*<br>21   (06-1902 CRB) | |
| 22   *Joe Vega, et al. vs. Pfizer Inc, et al.*<br>(06-2440 CRB) | |
| 23   *Brad Henry Taylor vs. Pfizer Inc, et al.*<br>(06-2577 CRB)<br>24 | |
| 25   *James Preston Taylor vs. Pfizer Inc, et al.*<br>(06-2863 CRB) | |
| 26   *John H. Roberts, Jr. vs. Pfizer Inc, et al.*<br>(06-3062 CRB)<br>27 | |
| 28   *Patsy Lynn Stegall vs. Pfizer Inc, et al.*<br>(06-3084 CRB) | |

-1-

EAST\42592415.1

1
2    *Andrea Sanborn, et al. vs. Pfizer Inc, et al.*
     (06-3100 CRB)

3    *Barbara Smith, et al. vs. Pfizer Inc, et al.*
4    (06-3102 CRB)

     *Arnold Swick vs. Pfizer Inc*
5    (06-3304 CRB)

6    *Corrine Morrisette vs. Pfizer Inc, et al.*
7    (06-3363 CRB)

     *Sylvia Wingard vs. Pfizer Inc, et al.*
8    (06-3653 CRB)

9    *Susan Smith vs. Pfizer Inc, et al.*
     (06-3951 CRB)
10
     *Clarence Edward Smith vs. Pfizer Inc, et al.*
11   (06-3957 CRB)

12   *Mary Vernick vs. Pfizer Inc, et al.*
     (06-4102 CRB)
13
     *Patricia Ann Kennedy Watson vs. Pfizer Inc, et*
14   *al.*
     (06-4285 CRB)
15
     *Marvin Rogers vs. G.D. Searle LLC, et al.*
16   (06-4514 CRB)

17   *Shirley Lindeen vs. G.D. Searle LLC, et al.*
     (06-4515 CRB)
18
     *Colleen Nagle Mehegan, et al. vs. Pfizer Inc, et*
19   *al.*
     (06-4547 CRB)
20
     *Charles Snodgrass vs. Pfizer Inc, et al.*
21   (06-4661 CRB)

22   *John Vandale vs. Pfizer Inc, et al.*
     (06-5257 CRB)
23
     *William Coulson, et al. vs. Pfizer Inc, et al.*
24   (06-5261 CRB)

25   *Dick Shepherd vs. Pfizer Inc, et al.*
     (06-5417 CRB)
26
     *Robin Morrison, et al. vs. Pfizer Inc, et al.*
27   (06-6900 CRB)

28   *Rosa Cebreros, et al. vs. Pfizer Inc, et al.*

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42592415.1

1 | (06-7003 CRB)

2 | *Marsha Fiorini, et al. vs. Pfizer Inc, et al.*
(06-7113 CRB)

3

4 | *Florence Salle vs. Pfizer Inc, et al.*
(06-7207 CRB)

5 | *Jimmie A. Scott vs. Pfizer Inc, et al.*
(06-7259 CRB)

6

7 | *William Edward Simpson vs. Pfizer Inc, et al.*
(07-0972 CRB)

8 | *Terry Vintson vs. Pfizer Inc, et al.*
(07-0977 CRB)

9

10 | *Deanna L. Walston vs. Pfizer Inc, et al.*
(07-1318 CRB)

11 | *Louis Romanelli vs. Pfizer Inc, et al.*
(07-2631 CRB)

12

13 | *Johnnie L. West vs. Pfizer Inc, et al.*
(07-5687 CRB)

14 | *Lyle McNeal (MO), et al. vs. Pfizer Inc, et al.*
(07-5915 CRB)

15

16 | *Gene Summers vs. Pfizer Inc, et al.*
(08-0259 CRB)

17 | *Maria Avendano vs. Pfizer Inc, et al.*
(08-1099 CRB)

18

19 | *Mary Woodall vs. Pfizer Inc, et al.*
(08-1183 CRB)

20 | *Mildred Sturdavant vs. Pfizer Inc, et al.*
(08-1976 CRB)

21

22 | *Netra Thomas vs. Pfizer Inc, et al.*
(08-2110 CRB)

23 | *John Denton vs. Pfizer Inc, et al.*
(08-2459 CRB)

24

25 | *Joanne Schwandt vs. Pfizer Inc, et al.*
(08-2604 CRB)

26 | *Donald Schwanke vs. Pfizer Inc, et al.*
(08-3709 CRB)

27

28 | *Cheryl Samuel vs. Pfizer Inc, et al.*
(09-0888 CRB)

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42592415.1

1

2      Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

3   undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

4   stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

5   each side bearing its own attorneys' fees and costs.

6

7      DATED: 10·29, 2009      By:

8                                BEASLEY, ALLEN, CROW, METHVIN,
                                 PORTIS & MILES, P.C.
9                                218 Commerce Street
                                 P.O. Box 4160
10                               Montgomery, Alabama 36103
                                 Telephone:  334-269-2343
11                               Facsimile:  334-954-7555

12                               *Attorneys for Plaintiffs*

13
       DATED: Oct. 29, 2009      By:
14

15                               **DLA PIPER LLP (US)**
16                               1251 Avenue of the Americas
                                 New York, New York 10020
17                               Telephone:  212-335-4500
                                 Facsimile:  212-335-4501

18                               *Defendants' Liaison Counsel*

19

20

21   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
22   **IT IS SO ORDERED.**

23         **NOV 1 3 2009**
24   Dated:
                                 Hon. Charles R. Breyer
25                               United States District Court

26

27

28

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42592415.1